# EXHIBIT 12



Justine Daniel <jdaniel@caseydensonlaw.com>

## Rogers v. Phillips 66 et al, Pretrial Conference

**Kimberly Cheeseman** <kimberly.cheeseman@nortonrosefulbright.com>  Mon, Aug 8, 2022 at 6:30 PM
To: Casey Denson <cdenson@caseydensonlaw.com>
Cc: Jesika Silva Blanco <jesika.blanco@nortonrosefulbright.com>, Shauna Johnson Clark <shauna.clark@nortonrosefulbright.com>, Justine Daniel <jdaniel@caseydensonlaw.com>

Casey,

We can agree to do the settlement conference early and to extending the deadlines. If you would like to see what dates Magistrate Judge Douglas has available, we can look at calendars. I'm not sure if Magistrate Judge Douglas's appointment to the Fifth Circuit is impacting her schedule.

Thanks,

Kimberly

**Kimberly Cheeseman** | Partner
Norton Rose Fulbright US LLP
1301 McKinney, Suite 5100, Houston, Texas  77010-3095, United States
Tel +1 713 651 5160 | Fax +1 713 651 5246
kimberly.cheeseman@nortonrosefulbright.com

**NORTON ROSE FULBRIGHT**

*Law around the world*
nortonrosefulbright.com

---

**From:** Casey Denson <cdenson@caseydensonlaw.com>
**Sent:** Friday, August 5, 2022 2:47 PM
**To:** Kimberly Cheeseman <kimberly.cheeseman@nortonrosefulbright.com>
**Cc:** Jesika Silva Blanco <jesika.blanco@nortonrosefulbright.com>; Shauna Johnson Clark <shauna.clark@nortonrosefulbright.com>; Justine Daniel <jdaniel@caseydensonlaw.com>
**Subject:** RE: Rogers v. Phillips 66 et al, Pretrial Conference

Hi Kimberly:

I am reaching out as am concerned about being able to resolve these discovery issues, and rescheduling the depositions Plaintiff plans to take, prior to the cut off on September 19, 2022. I would like to know whether the Defendants would be interested in seeking another joint extension of time to allow us to complete discovery.

Further, although we aren't required by the Court to schedule the settlement conference until early October 2022, I am also reaching out to see whether Defendants are interested in working together with us to set an earlier settlement

1

conference. In our opinion, tackling the settlement conference earlier in litigation is more helpful than doing so just before the pre-trial conference.

Hope you all have a nice weekend -

Casey



**Casey Denson**

Attorney

cdenson@caseydensonlaw.com

P: (504) 224-0110 | F: (504) 534-3380

Casey Denson Law LLC | www.caseydensonlaw.com

4601 Dryades Street
New Orleans, LA 70115

CONFIDENTIALITY STATEMENT

This message from the law firm of Casey Denson Law, LLC contains information which is privileged and confidential and is solely for the use of the intended recipient. If you are not the intended recipient, be aware that any review, disclosure, copying, distribution, or use of the contents of this message is strictly prohibited. If you have received this in error, please destroy it and notify us immediately. Thank you.

On Fri, Jul 22, 2022 at 8:54 AM, Kimberly Cheeseman <kimberly.cheeseman@nortonrosefulbright.com> wrote:

> Received. We will review and revert.
>
> Thanks,
>
> Kimberly
>
> ---
>
> **From:** Casey Denson <cdenson@caseydensonlaw.com>
> **Sent:** Friday, July 22, 2022 8:50 AM
> **To:** Kimberly Cheeseman <kimberly.cheeseman@nortonrosefulbright.com>
> **Cc:** Jesika Silva Blanco <jesika.blanco@nortonrosefulbright.com>; Shauna Johnson Clark <shauna.clark@nortonrosefulbright.com>; Justine Daniel <jdaniel@caseydensonlaw.com>
> **Subject:** RE: Rogers v. Phillips 66 et al, Pretrial Conference
>
> Hi all:

Attached are the discovery conferrals we mentioned yesterday for written discovery responses.

Casey



**Casey Denson**

Attorney

cdenson@caseydensonlaw.com

P: (504) 224-0110 | F: (504) 534-3380

Casey Denson Law LLC | www.caseydensonlaw.com

4601 Dryades Street
New Orleans, LA 70115

CONFIDENTIALITY STATEMENT

This message from the law firm of Casey Denson Law, LLC contains information which is privileged and confidential and is solely for the use of the intended recipient. If you are not the intended recipient, be aware that any review, disclosure, copying, distribution, or use of the contents of this message is strictly prohibited. If you have received this in error, please destroy it and notify us immediately. Thank you.

On Thu, Jul 21, 2022 at 5:19 PM, Kimberly Cheeseman <kimberly.cheeseman@nortonrosefulbright.com> wrote:

> Thanks, Casey. All of this sounds good. We will re-notice the location – thank you for the update. We will wait to hear back on the 30(b)(6). Not a problem on the timing. As for the depositions, we will get you dates in the first two weeks of September.
>
> Thanks,
>
> Kimberly
>
> **From:** Casey Denson <cdenson@caseydensonlaw.com>
> **Sent:** Thursday, July 21, 2022 4:09 PM
> **To:** Kimberly Cheeseman <kimberly.cheeseman@nortonrosefulbright.com>
> **Cc:** Jesika Silva Blanco <jesika.blanco@nortonrosefulbright.com>; Shauna Johnson Clark <shauna.clark@nortonrosefulbright.com>; Justine Daniel <jdaniel@caseydensonlaw.com>
> **Subject:** RE: Rogers v. Phillips 66 et al, Pretrial Conference
>
> Great- thanks so much for the quick response on the need to move the pretrial conference. We will wait to hear from you.

3

As for Plaintiff's deposition, thanks so much for the notice. I appreciate the thought of you scheduling at our office as a convenience, but our conference room is not large enough to accommodate everyone. The LSBA often has large available conference rooms if your firm does not have access to a local space.

Justine and I will both be out tomorrow and most of next week, so I wanted to respond to the rest of your email before we go out of the office. Due to us being out, we will not be able to respond to the 30(b)(6) conferral by 7/28, but will review it when we come back and be in touch.

Additional time in responding shouldn't cause undue delay in terms of agreeing on topics before the deposition starts, as we will need to select new dates in September as we are going to follow up shortly regarding some outstanding written discovery which we need from Defendants prior to being able to take the 30(b)(6) and other depositions currently scheduled in August. We want to allow time both for production of additional documents, and for our review of the materials to prepare for depositions. If you can provide us with availability during the first two weeks of September, we can issue new notices.

Thanks so much,

Casey



**Casey Denson**

Attorney

cdenson@caseydensonlaw.com

**P:** (504) 224-0110 | **F:** (504) 534-3380

Casey Denson Law LLC | www.caseydensonlaw.com

4601 Dryades Street
New Orleans, LA 70115

CONFIDENTIALITY STATEMENT

This message from the law firm of Casey Denson Law, LLC contains information which is privileged and confidential and is solely for the use of the intended recipient. If you are not the intended recipient, be aware that any review, disclosure, copying, distribution, or use of the contents of this message is strictly prohibited. If you have received this in error, please destroy it and notify us immediately. Thank you.

On Thu, Jul 21, 2022 at 3:20 PM, Kimberly Cheeseman <kimberly.cheeseman@nortonrosefulbright.com> wrote:

> Casey,

4

No issue with your request to re-set. Let us look at schedules and talk to our client to see if we have a specific date to propose. But in general, we do not oppose your request. Best of luck with your trial.

Also, we've attached here correspondence related to Plaintiff's Rule 30(b)(6) notice. Please let us know Plaintiff's position on our proposal by next Thursday, July 28th. We are hopeful that the Parties can reach an agreement on the topics.

In addition, please find attached a deposition notice for Plaintiff on August 1st, which is noticed for your offices at 9:30 a.m.

Also, regarding our depositions, we are working to finalize some dates for you. Are you still tied up the last two weeks of August? Do you have any availability the weeks of August 22 and August 29?

Thanks,

Kimberly

**Kimberly Cheeseman** | Partner
Norton Rose Fulbright US LLP
1301 McKinney, Suite 5100, Houston, Texas  77010-3095, United States
Tel +1 713 651 5160 | Fax +1 713 651 5246
kimberly.cheeseman@nortonrosefulbright.com

**NORTON ROSE FULBRIGHT**

*Law around the world*
nortonrosefulbright.com

---

**From:** Casey Denson <cdenson@caseydensonlaw.com>
**Sent:** Thursday, July 21, 2022 2:45 PM
**To:** Kimberly Cheeseman <kimberly.cheeseman@nortonrosefulbright.com>; Jesika Silva Blanco <jesika.blanco@nortonrosefulbright.com>; Shauna Johnson Clark <shauna.clark@nortonrosefulbright.com>
**Cc:** Justine Daniel <jdaniel@caseydensonlaw.com>
**Subject:** Rogers v. Phillips 66 et al, Pretrial Conference

**[External Email – Use Caution]**

Hi all:

In looking ahead at our schedule for this case, I see I have a conflict with the pre-trial conference on November 17th as I'm lead counsel in five day federal jury trial the week of November 14th. In our Joint Motion to the Court we asked the Court to set the PTC for November 10th but it was set for November 14th.

Given my unavailability, I'd like to file a motion to reset the pre-trial conference. I think the best plan would be to request a date prior to November 14th, since the week after that is Thanksgiving. I am reaching out to see whether defendants consent to the request to reset, and if so, whether you think its best to request a specific new date or want to let me know dates which you know will not work for defendants.

Thanks so much,

Casey



**Casey Denson**

Attorney

cdenson@caseydensonlaw.com

P: (504) 224-0110 | F: (504) 534-3380

Casey Denson Law LLC | www.caseydensonlaw.com

4601 Dryades Street
New Orleans, LA 70115

CONFIDENTIALITY STATEMENT

This message from the law firm of Casey Denson Law, LLC contains information which is privileged and confidential and is solely for the use of the intended recipient.  If you are not the intended recipient, be aware that any review, disclosure, copying, distribution, or use of the contents of this message is strictly prohibited.  If you have received this in error, please destroy it and notify us immediately. Thank you.

**CONFIDENTIALITY NOTICE:** This email, including any attachments, is confidential and may be privileged. If you are not the intended recipient please notify the sender immediately, and please delete it; you should not copy it or use it for any purpose or disclose its contents to any other person. Norton Rose Fulbright entities reserve the right to monitor all email communications through their networks.

Norton Rose Fulbright Australia, Norton Rose Fulbright LLP, Norton Rose Fulbright Canada LLP, Norton Rose Fulbright South Africa Inc and Norton Rose Fulbright US LLP are separate legal entities and all of them are members of Norton Rose Fulbright Verein, a Swiss verein. Norton Rose Fulbright Verein helps coordinate the activities of the members but does not itself provide legal services to clients. Details of each entity, with certain regulatory information, are available at nortonrosefulbright.com.